In the Matter of the Application for an Order of Certiorari of 153 EAST 87TH STREET CORPORATION and Others, Appellants, against WILLIAM E. WALSH and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer; JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP CAGNER and Others, Appellants.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES L. BUNNELL, Appellant.— Judgment modified by reducing the sentence to the time already served by the defendant, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE ÆTNA CASUALTY AND SURETY COMPANY, Respondent, v. BOWERY AND EAST RIVER NATIONAL BANK OF NEW YORK, Appellant.— Judgment modified by reducing the judgment as entered to the sum of $2,080.79, together with interest to the date of entry thereof, and costs, and as so modified affirmed, with costs to the appellant. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

GEORGE E. CHISHOLM and Others, Appellants, v. CHRISTOPHER C. F. MULLER and Others, Respondents, Impleaded with Another.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, on the authority of *Straus* v. *American Publishers' Assn.* (103 App. Div. 277); *Whalen* v. *Union Bag & Paper Co.* (130 App. Div. 313). Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

J. G. D. REALTY CO., INC., Respondent, v. COLUMBIA CASUALTY COMPANY, Appellant, Impleaded with Another.— Judgment and orders affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BENJAMIN STERN, Respondent, v. BENJAMIN STEIN and SAMUEL STEIN, Copartners, etc., Defendants, Impleaded with LOUIS MINTZ and SARAH KOPELMAN, Copartners, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ISABEL FOX, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $12,160.02; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.